# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WASHINGTON
### PROBATION OFFICE

**Matthew L. Thompson**

CHIEF PROBATION OFFICER
Thomas S. Foley
United States Courthouse
920 W Riverside, Room 540
PO BOX 306
SPOKANE, WA 99210-0306
(509) 742-6300 / fax (509) 742-6339

December 4, 2015

**BRANCH OFFICES**

FEDERAL BUILDING
25 S. 3rd Street, Room 326
PO BOX 1791
YAKIMA, WA 98907-1791
(509) 574-5535 / fax (509) 574-5539

FEDERAL BUILDING
825 Jadwin Ave, Suite 170
RICHLAND, WA 99352-0446
(509) 376-7467 / fax (509) 372-2590

REPLY TO   <u>Yakima</u>

The Honorable Wm. Fremming Nielsen
Senior U.S. District Judge
Thomas S. Foley U.S. Courthouse
920 West Riverside
Spokane, WA 99210

RE: Diaz, Miguel
Docket No: 2:11CR02104-WFN-1

## REQUEST FOR OUT OF COUNTRY TRAVEL

Your Honor:

Mr. Diaz is requesting travel to Mexico to visit his family, as well as to try and sell some property there. He states selling the property in Mexico will assist him in paying his financial obligations for the instant federal offense. He plans to stay with his sister, ▮▮▮▮▮▮▮▮▮▮▮. His sister's phone number is ▮▮▮▮▮▮▮▮▮▮. He plans to travel via airplane from Yakima, Washington, to Mexico, leaving on December 13, 2015, and returning by the same mode of travel on December 20, 2015.

Mr. Diaz was sentenced by Your Honor on November 14, 2012, for Bank Fraud in violation of 18 U.S.C. § 1344. Mr. Diaz received credit for time served and 3 years supervised release. He began his term of supervised release in the Eastern District of Washington on the same date.

A request modifying the conditions or term of supervision with consent of the offender was filed with the Court on June 9, 2015, after Mr. Diaz failed to comply with special condition number 16, which states you shall not incur any new debt, open additional lines of credit, or enter into any financial contracts, without the advance approval of the supervising officer. His term of supervision was extended for 1 year for a total of 4 years.

Diaz, Miguel
December 4, 2015
Page 2

Since that time, Mr. Diaz has been in compliance with his supervision including making monthly payments toward his financial obligations in the instant federal offense. Mr. Diaz is currently employed and has family ties in Washington State.

This officer respectfully recommends Mr. Diaz' request of travel to Mexico, be granted.

Respectfully submitted,

Matthew L. Thompson
Chief U.S. Probation Officer

By: s/Erica Helms             12/04/2015
Erica Helms                   Date
U.S. Probation Officer

APPROVED BY:

s/Shane Moore                 12/04/2015
Shane Moore                   Date
Supervising U.S. Probation Officer

ORDER OF THE COURT:

Approved     X          Disapproved _____

12/7/15
Date

The Honorable Wm. Fremming Nielsen
Senior U.S. District Judge